FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUDITH ROMO; VINCENT
TALDONE; ROBIN TAYLER;
MARGARET TAYLOR; RANDY
TAYLOR; RAY TEETS; LAWRENCE
TELLS; KATHRYN TEMCHACK;
CHARLES TERRY; VERONICA
TERRY; ROBERTA THORNE;
MARGARET TIVIS; LINDA TODD;
DELORES TOOHEY; DEBRA
TOURVILLE; DENA TSOUALS;
ALLEN TURNER; CAROLYN
TURNER; WANDA TURNER;
STARLET TYRONE; GLORIA
UNDERWOOD; HENRY
UNDERWOOD; JANICE VANISON;
WILLIAM VERHEYEN; CHARLES
VILDIBILL; SHARON WALLGREN;
PAM WALSH; SHARON WALSH;
KEESHA WARRIOR; LATANGA
WASHINGTON; DARLENE WATT;
JAMES WEISS; WESLEY
WELBORNE, III; DEBRA
WHEELER; MARSHA WHITT;
CAROLYN WHYNO; CECILIA
WILCKENS; SANDRA WILEMON;
STELLA WILKERSON-CLARK;
JOANN WILLIAMS; JOYCE
WILLIAMS; ROSE WILLIAMS;
SHANTAS WILLIAMS; MARY
WILSON; ROSE WILSON; PATSY
WINZEY; JIMMIE WISE; RUTH
WOLFSON; JUANITA WOODSON;

No. 13-56310

D.C. No. 5:12-cv-02036-PSG-E

ORDER

**LYNNE WYSOCKY, single individuals**,

Plaintiffs - Appellees,

v.

**TEVA PHARMACEUTICALS USA, INC.**,

Defendant - Appellant.

---

**MARGALIT CORBER; RENE CARO; STEVE DANTZLER; LINDA SOWARDS; LORI HUISMAN; JOHNNY GEORGE, Sr.; TERRY PERRY; WILLIAM RACKLEY; ANGELA YOUNG; PAMELA RODRIGUEZ; STEVEN SYVERSON; OLGA CAICOYA; JANET CARROLL; ROSE CASH; ULAD CELENTANO; VIRGINIA COSTANZO; KIMBERLY FILLIGIM; ARMELDIA SMITH; CARLA WEST; JOANNE BIERZYNSKI, individually and as next of kin to Eleanor Wojcik; SHARLEY MORRIS; WYOMIA TIMMONS; DEAN REINKING; DANIEL THORNE; WENDELEN ASHBY; CARMEN BEDFORD; CLAUDE COMMODORE; JAMES HENSON; NANCY LOCKE; MILDRED SCOTT; BILLIE BURNETT; SHEENA HALL; BRENDA ROBERGE, individually and as next of kin to Ernest Roberge;**

No. 13-56306

D.C. No. 2:12-cv-09986-PSG-E

**DEBORAH WOODSUM; RICHARD PASCUITO**,

Plaintiffs - Appellees,

v.

**XANODYNE PHARMACEUTICALS, INC.**,

Defendant - Appellant.

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that these cases be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion in <u>Romo</u> v. <u>Teva Pharmaceuticals USA, Inc.</u>, No. 13-56310, shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge McKeown did not participate in the deliberations or vote in this case.